UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - -x
KIRK WHITTINGHAM,                   :
                                    :
        Petitioner,                 : CIVIL NO. 3:02CV02060(AWT)
                                    :
v.                                  :
                                    :
DENIS C. RIORDAN, et al.            :
                                    :
        Respondents.                :
- - - - - - - - - - - - - - - - - -x
```

### RULING ON PETITION FOR WRIT OF HABEAS CORPUS

    Petitioner Kirk Whittingham has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons set forth below, the petition is being dismissed.

    It appears the petitioner has finished serving his state sentence. Accordingly, the court addresses the merits of the petition, and the court concludes that the petitioner's claim fails. Although the petitioner never specifies how the Immigration Judge denied the petitioner's application for cancellation of removal "based, at least in part, on an incorrect reading of Petitioner's criminal history," (Pet. (Doc. No. 1) ¶ 9), it is clear that the petitioner's claim is that the Immigration Judge and the Board of Immigration Appeals should have granted his application for cancellation of removal.

    The granting of an application for cancellation of removal is a form of discretionary relief. See 8 U.S.C.A. §

1252(a)(2)(B) (West 1999 & Supp. 2004). The petitioner implicitly acknowledges this fact, stating that the Immigration Judge "balanced the factors governing plaintiff's application for cancellation of removal in a manner that constitutes an abuse of discretion." (Pet. (Doc. No. 1) ¶ 13.) Because "federal jurisdiction over § 2241 petitions does not extend to review of discretionary determinations by the IJ and the BIA," <u>Sol v. Immigration and Naturalization Service</u>, 274 F.3d 648, 651 (2d Cir. 2001), this court lacks jurisdiction over the instant petition, and it must be dismissed.

Accordingly, the petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED.

The Clerk shall close this case.

It is so ordered.

Dated this 18th day of May 2005, in Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge
