UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIRK WHITTINGHAM | : | |
| v. | : | CASE NO. 3:02CV2060 (AWT) |
| DENIS C. RIORDAN, GARY COTE, JAMES W. ZIGLAR, and JOHN ASHCROFT | : : | |

## JUDGMENT

This action having come on for consideration of a petition for writ of habeas corpus before the Honorable Alvin W. Thompson, United States District Judge and,

Having considered the full record of the case including applicable principles of law, and having filed its ruling dismissing the petition for lack of jurisdiction, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, and this case is dismissed.

Dated at Hartford, Connecticut, this 6th day of September, 2005.

KEVIN F. ROWE, Clerk

By _____
   Sandra Smith
   Deputy Clerk

EOD _____